**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2526**

———————————

In Re: DOROTHY P. LITZENBERG,

Plaintiff - Appellant.

———————————

**No. 97-2692**

———————————

DOROTHY P. LITZENBERG (Mrs.),

Plaintiff - Appellant,

and

CECIL COUNTY LAND CORPORATION, Secretary/
Treasurer Dorothy Litzenberg,

Plaintiff,

versus

JOHN H. LITZENBERG; CECIL FEDERAL BANK;
CONESTOGA TITLE COMPANY, Office of Thrift
Supervision,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(MISC-94-67, CA-97-3681-JFM)

Submitted:  February 12, 1998          Decided:  March 12, 1998

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dorothy P. Litzenberg, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant appeals the district court's orders denying several motions filed in regard to a previously litigated civil action. We have reviewed the record and the district court's opinions and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In Re: Litzenberg, No. MISC-94-67; CA-97-3681-JFM (D. Md. Oct. 17 & Dec. 8, 1997). We also deny Appellant's motion to recuse the district court judge, her petition for immediate review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED